IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK BROGAN | : |
| Plaintiff, | : |
| v. | : 3:14-CV-1690 |
| | : (JUDGE MARIANI) |
| TUNKHANNOCK TOWNSHIP, et al. | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 19th DAY OF AUGUST 2015, upon consideration of the "Consolidated Motion of Defendant, James Sebolka, Pursuant to Rule 12(b)(1), 12(b)(6) and 12(e) Seeking to Strike Off Plaintiff's Complaint or, in the Alternative, for a More Definite Statement" (Doc. 10), **IT IS HEREBY ORDERED THAT** the Defendant Sebolka's motion is **DENIED**.

_____
Robert D. Mariani
United States District Court Judge