IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

MAR 2 1 2018

PER _____
DEPUTY CLERK

PATRICK BROGAN                    :
                                 :
              Plaintiff,          :
                                 :        3:14-CV-1690
       v.                         :        (JUDGE MARIANI)
                                 :
TUNKHANNOCK TOWNSHIP, et al.      :
                                 :
              Defendants.         :

## ORDER

AND NOW, THIS 21st DAY OF MARCH, 2018, upon *de novo* review of

Magistrate Judge Carlson's Report and Recommendation (Doc. 96), Plaintiff Patrick

Brogan's Objections thereto (Docs. 97, 98), the "Partial Motion to Dismiss Plaintiff's Second

Amended Complaint" by Defendants Tunkhannock Township and John Zdaniewicz (Doc.

56), the Motion for Summary Judgment by Defendants Tunkhannock Township and John

Zdaniewicz (Doc. 75), and all supporting and opposing documents, **IT IS HEREBY**

**ORDERED THAT:**

1. Plaintiff Brogan's Objections are **OVERRULED** for the reasons set forth in the

   accompanying memorandum opinion.

2. The Report and Recommendation (Doc. 96) is **ADOPTED** for the reasons set

   forth therein as well as those set forth in the accompanying memorandum

   opinion.

3. Defendants Tunkhannock Township and John Zdaniewicz's Partial Motion to Dismiss (Doc. 56) and Motion for Summary Judgment (Doc. 75) are treated as a motion for summary judgment and **GRANTED**.

4. Judgment is hereby entered **IN FAVOR OF** Defendants Tunkhannock Township and John Benjamin Zdaniewicz and **AGAINST** Plaintiff Patrick Brogan.

Robert D. Mariani
United States District Judge